# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVEON L. CATHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CV-4115-RBP-SGC |
| | ) | |
| OFFICER EUGENE PATRICK, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The magistrate judge filed a report and recommendation on May 15, 2014, recommending several of plaintiff's claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). In particular, the magistrate judge recommended dismissal of plaintiff's due process and failure to protect claims against defendants Laatsch and Blackerby, his allegation that Nurse Kaye insulted his shirt, and his medical care claim against the "medical staff." (Doc. 25). The magistrate judge further recommended the excessive force claims against defendants Laatsch, English, Monk, Green, Hogan and Woods be referred to her for further proceedings. Plaintiff filed no objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be **ACCEPTED** and her recommendation **ADOPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims against all defendants in this action except the excessive force claims against defendants Laatsch, English, Monk, Green, Hogan and Woods are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b).

It is further **ORDERED** that the excessive force claims against defendants Laatsch, English, Monk, Green, Hogan and Woods are **REFERRED** to the magistrate judge for further proceedings.

**DONE** this 16th day of June, 2014.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE